IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL PHILLIPS,

    Plaintiff,

v.

                                                  Case No. 20-cv-658-jdp

MEGA CONCRETE CONSTRUCTION, LLC,
CONNIE NOBLE, ROBERT GALLAGHER,
ATLANTIC STATES INSURANCE COMPANY,
and IMT INSURANCE COMPANY,

    Defendants.

## PARTIAL JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of intervenor IMT Insurance Company (IMT) against plaintiff Michael Phillips declaring that IMT has no duty to defend or indemnify any of the defendants in this case.

It appearing that there is no just reason for delay, I direct that this partial final judgment be entered.

Approved as to form this __13TH__ day of January, 2022.

_____
James D. Peterson
District Judge

_____        1/13/22
Peter Oppeneer                                   Date
Clerk of Court