UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

MICHAEL PHILLIPS,

    Plaintiff,

  v.

MEGA CONCRETE CONSTRUCTION, LLC,
ROBERT GALLAGHER,

    Defendants,

and

ATLANTIC STATES INSURANCE COMPANY,

    Intervenor.

Case No. 20-CV-658

## STIPULATION FOR DISMISSAL

NOW COMES the Plaintiff, Michael Phillips, by his undersigned counsel; Defendants, Mega Concrete Construction, LLC and Robert Gallagher, by their undersigned counsel; and the Intervenor Atlantic States Insurance Company, by its undersigned counsel, and hereby stipulate and agree that all claims, counterclaims, and cross-claims in this case may be dismissed with prejudice and without costs to any party.

Dated this 28th day of April, 2022.

HURLEY BURISH, S.C.

*Electronically signed by Patrick O'Connor*
Patrick O'Connor (SBN 1094992)
Attorney for Plaintiff
33 East Main Street, #400
PO Box 1528
Madison, WI 53701
(608) 257-0945
poconnor@hurleyburish.com

Dated this 28th day of April, 2022.

    CROSS LAW FIRM

    *Electronically signed by Paul Schinner*
    Paul Schinner (SBN 1093983)
    Attorney for Plaintiff
    845 North 11th Street
    Milwaukee, WI 53233
    (414) 224-0000
    schinner@crosslawfirm.com

Dated this 19th day of April, 2022.

    AXLEY BRYNELSON, LLP

    */s/ Danielle Baudhuin Tierney*
    Lori M. Lubinsky (SBN 1027575)
    Danielle Baudhuin Tierney (SBN 1096371)
    Attorneys for Defendants
        Mega Concrete Construction
        and Robert Gallagher
    2 E. Mifflin Street, Suite 200
    Madison, WI 53703
    (608) 257-5661
    llubinsky@axley.com / dtierney@axley.com

Dated this 27th day of April, 2022.

    NASH, SPINDLER, GRIMSTAD & MCCRACKEN, LLP

    *Electronically signed by Bill Wick*
    William R. Wick (SBN 1015482)
    Beau W. Krueger (SBN 1117652)
    Attorneys for Intervenor
        Atlantic States Insurance Company
    N14 W23777 Stone Ridge Drive, # 170
    Waukesha, WI 53188
    (262) 408-5515
    bwick@nashlaw.com / bkrueger@nashlaw.com